# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

AMERICAN FREIGHT, LLC :

      Plaintiff, : Case No.: 2:21-cv-1922

  -vs- : District Judge Michael H. Watson
          Magistrate Judge Elizabeth Preston Deavers

      Defendant, :
SURPLUS FREIGHT, LLC, SURPLUS FREIGHT, INC.,
STAGE CAPITAL, LLC, ASAPH RINK, and DAVID BELFORD

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, David Butler , trial
(Name of Trial Attorney)

attorney for American Freight, LLC , in the above-referenced action, hereby moves the court to
(Name of Party)

admit Tara Thieme , *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for American Freight, LLC .
(Name of Party)

Movant represents that Tara Thieme is a member in good standing
(Name of PHV Attorney)

of the highest court of New York as attested by the accompanying certificate from that
(Name of State)

court and that Tara Thieme is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee

_____Tara Thieme_____ 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone  +1 212 728 8489    Business fax  +1 212 728 9489

Business address   787 Seventh Avenue

          New York, N.Y. 10019

Business e-mail address  tthieme@willkie.com

    /s/ David J. Butler (0068455)
    (Signature of Trial Attorney)
    65 East State Street Suite 1000
    (Address)
    Columbus, OH 43215-4213
    (City, State, Zip Code)
    +1 614 334 6167
    (Telephone Number)

Trial Attorney for  American Freight, LLC
        (Name of Party)

**(Please attach required Certificate of Service)**



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Tara Lynne Thieme

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 2, 2014**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on April 15, 2021.

*Susanna M. Rojas*
Clerk of the Court

CertID-00010334



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020