# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| AMERICAN FREIGHT, LLC and<br>AMERICAN FREIGHT GROUP, LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>SURPLUS FREIGHT, LLC,<br>SURPLUS FREIGHT, INC.,<br>STAGE CAPITAL, LLC,<br>ASAPH RINK, and<br>DAVID BELFORD<br><br>        Defendants. | Case No. 2:21-cv-1922<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth Preston Deavers |
| AMERICAN FREIGHT, LLC, and<br>AMERICAN FREIGHT MANAGEMENT<br>COMPANY, LLC<br><br>        Plaintiffs,<br><br>   v.<br><br>JOEL CADY and<br>HARIS BULJINA<br><br>        Defendants. | Case No. 2:21-cv-2136 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement Provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying its parent, subsidiary, and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or us under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of **Surplus Freight, Inc.**:

113625\000001\4850-4375-9343v1

1.   Is said party a parent, subsidiary or other affiliate of another publicly owned corporation?
     ☐ Yes   ☒ No

     If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

     _____

2.   Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome   ☐ Yes   ☒ No.

     If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

     _____

 /s/ Jason H. Beehler    (0085337)              June 21, 2021
Attorney for Defendant                          Date

2