UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

American Freight, LLC, *et al.*,

    Plaintiffs,

v.

Surplus Freight, LLC, *et al.*,

    Defendants.

Case No. 2:21-cv-1922

Judge Michael H. Watson

Magistrate Judge Deavers

### ORDER

The parties jointly moved for dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 53. The parties also requested that the Court retain jurisdiction over the case to enforce the terms of the parties' July 2, 2021 settlement agreement. The parties' motion is **GRANTED**. The case is dismissed with prejudice, and the Court retains jurisdiction to enforce the parties' settlement agreement. The Clerk is **DIRECTED** to close the case.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT